IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GARY DONNELL RICHARDSON                                              PLAINTIFF

v.                           Case No. 10-1017

KEN JONES, *et al.*                                                  DEFENDANT

### **ORDER**

Now on this 10th day of June 2011, there comes on for consideration the report and recommendation filed herein on May 19, 2011, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (Doc. 7). The parties did not file any written objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED WITH PREJUDICE as it is duplicative of the claims in *Richardson v. Jones, et al*; 1:10-cv-1015.

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**